UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAURENCE WASHINGTON,** | : | CIV. NO. 3:17cv01316(VLB) |
| Plaintiff, | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **JUDGE DEWEY, ET AL.,** | : | APRIL 1, 2019 |
| Defendants. | | |

## EXHIBIT LIST

**A.**   **Arrest Warrant Affidavit For Michael Gaston**

**B.**   **Arrest Warrant Affidavit For Laurence Washington**

**C.**   **Laurence Washington Voluntary Written Statement**

**D.**   **Laurence Washington Waiver Of Rights Form**

**E.**   **Deposition of Laurence Washington**

**F.**   **Deposition of Detective Napolitano**

**G.**   **Deposition of Detective Ortiz**

**H.**   **Deposition of Sergeant McGeough**

**I.**   **Deposition of Attorney Zagaja**

**J.**   **Agreement Between Laurence Washington and the Office of the Chief State's Attorney**